```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                             CASE NO. 07 B 17249
         CYNTHIA MCGEE
                                                       CHAPTER 13

                                                       JUDGE: BRUCE W BLACK

                   Debtor
         SSN XXX-XX-6916


    -------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
    -------------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

         1.  The case was filed on 09/21/07 .

         2.  The case was dismissed without confirmation, 12/21/2007.


    -------------------------------------------------------------------------------
    CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                 PAID            PAID
    -------------------------------------------------------------------------------
    NATIONSTAR MORTGAGE LLC    CURRENT MORTG         .00              .00             .00
    NATIONSTAR MORTGAGE LLC    MORTGAGE ARRE   NOT FILED              .00             .00
    NATIONSTAR MORTGAGE LLC    SECURED               .00              .00             .00
    NATIONSTAR MORTGAGE LLC    MORTGAGE ARRE   NOT FILED              .00             .00
    AMERICAN COLLECTION        UNSECURED       NOT FILED              .00             .00
    AMERICAN COLLECTION        UNSECURED       NOT FILED              .00             .00
    ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED              .00             .00
    CCA                        UNSECURED       NOT FILED              .00             .00
    DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED              .00             .00
    MERRICK BANK               UNSECURED       NOT FILED              .00             .00
    NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00             .00
    NICOR GAS                  UNSECURED       NOT FILED              .00             .00
    PALISADES COLLECTION       UNSECURED       NOT FILED              .00             .00
    DEVONA & ASSOC             REIMBURSEMENT      274.00              .00             .00
              Summary of disbursements:
    -------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
    -------------------------------------------------------------------------------
    TOTAL CLMS ALLOWED    .00        274.00         .00         .00        274.00
    PRINCIPAL PAID        .00           .00         .00         .00           .00
    INTEREST PAID         .00           .00         .00         .00           .00
    TOTAL PAID            .00           .00         .00         .00           .00
    The Debtor's attorney, DEVONA & ASSOC                , was allowed $   2500.00
    and was paid $       .00 .

    The Trustee received $        .00 .

    Refunds to the Debtor totaled $        .00 .

         Wherefore, the Trustee requests an order be entered discharging
    the Trustee and the surety on his bond from any further liability
    in this case.
```

Dated: 03/11/08

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 17249 CYNTHIA MCGEE